Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

In re:                                )
                                      )
SPARKS, GUY DEWITT, JR.               )    Case No. 08-70268
                                      )
    Debtor.                           )
                                      )    Chapter 7
                                      )

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
DEC 22 2009

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court, is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: December 21, 2009

/s/ George A. McLean, Jr.
GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

RE: GUY DEWITT SPARKS, JR., Case No. 08-70268, Roanoke Division

PLEASE DEPOSIT TO THE U.S. TREASURY:

Check no. 131 dated 12/21/09 for $0.79 made payable to the U.S. Bankruptcy Court Clerk which represents small dividend distribution in place of distribution to:

Claim No. 20 in original amount of $15.35 filed by Verizon Wireless Northeast,
P.O. Box 3397, Bloomington, IL 61701